# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALLAN MOORE,<br>　　　Plaintiff(s),<br>v.<br>TIDES AT CHEYENNE MANAGEMENT,<br>　　　Defendant(s). | Case No. 2:24-cv-01171-RFB-NJK<br>**ORDER**<br>[Docket No. 7] |

Pending before the Court is Plaintiff's motion regarding the order to show cause for lack of subject matter jurisdiction. Docket No. 7; *see also* Docket No. 6 (explaining late filing). Nothing therein alters the conclusion in the report and recommendation that subject matter jurisdiction is lacking. Docket No. 5. Accordingly, the motion regarding the order to show cause is **DENIED** as moot.

IT IS SO ORDERED.

Dated: July 30, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge