# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALLAN MOORE,<br>    Plaintiff(s),<br>v.<br>TIDES AT CHEYENNE MANAGEMENT,<br>    Defendant(s). | Case No. 2:24-cv-01171-RFB-NJK<br><br>**ORDER** |

On June 28, 2024, the Court ordered Plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction. Docket No. 3. The order required a response by July 19, 2024. *Id.* at 2. Unfortunately, the Clerk's Office stated incorrectly in the corresponding docket text that the response deadline was July <u>29</u>, 2024. *See* Docket No. 3 (docket text). Plaintiff has now objected to the report and recommendation on the ground that he did not have a proper opportunity to respond to the order to show cause because he relied on the erroneous docket text deadline of July 29, 2024. *See* Docket No. 10 at 3. While the Court's order controls such deadlines regardless of any inconsistent docket text, *cf.* Local Rule IC 3-1(d), the Court finds it in the interest of justice to allow Plaintiff a further opportunity to respond to the order to show cause. Accordingly, the report and recommendation (Docket No. 5) is **WITHDRAWN**.[1] The deadline for Plaintiff to respond to the order to show cause why the case should not be dismissed for lack of subject matter jurisdiction (Docket No. 3) is **EXTENDED** *nunc pro tunc* to August 30, 2024.

IT IS SO ORDERED.

Dated: August 15, 2024

                                                Nancy J. Koppe
                                                United States Magistrate Judge

---

[1] A magistrate judge is empowered to withdraw or amend a report and recommendation after an objection thereto is filed. *See, e.g.*, *Frye v. Warden, San Quentin State Prison*, 200 F. Supp. 3d 1035, 1041-42 (E.D. Cal. 2016).

1